OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-189)

SEARS, ROEBUCK AND COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTIONS, Respondent.

*Opinion filed June 28, 1973.*

SEARS, ROEBUCK AND COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-244)

PHILLIPS PETROLEUM COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGISTRATION AND EDUCATION, Respondent.

*Opinion filed June 28, 1973.*

PHILLIPS PETROLEUM COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.